1  ADAM L. BRAVERMAN
   United States Attorney
2  ANDREW P. YOUNG
   Assistant United States Attorney
3  Illinois Bar No: 6284303
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-7981
   Email: andrew.p.young2@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1404-WQH |
|---|---|
| Plaintiff, | NOTICE OF LIS PENDENS |
| v. | FOR PROPERTY LOCATED AT 222 KAREN AVENUE, #305, WINCHESTER, NEVADA |
| VINCENT RAMOS (1), <br>    aka "CEO," <br>    aka "Business," <br> KIM AUGUSTUS RODD (2), <br>    aka Visith Vongthai, <br>    aka "Snowstar," <br>    aka "Global," <br> YOUNES NASRI (3), <br>    aka "Maestro," <br> MICHAEL GAMBOA (4), <br>    aka "Chino," <br> CHRISTOPHER POQUIZ (5), <br>    aka "Caddy," <br>    aka "Cad," | |
| Defendants. | |

**OWNERS OF RECORD:** Vincent Ramos and Shareljane Vicera

PLEASE TAKE NOTICE that a criminal indictment has been returned in the United States District Court for the Southern District of California against the above-referenced Defendants ("Defendants"), which indictment seeks the forfeiture of all rights, title and interest in and to real property located at 222 Karen Avenue, #305, Winchester, Nevada, and all appurtenances affixed thereto. The real property is more particularly described as:

ASSESSOR'S PARCEL NO. 162-10-114-331

Living Unit 305 as set forth in Exhibit "B" in the West Tower as shown on the "Final Map Of Turnberry Towers At Paradise Road & Karen Avenue, A Condominium Development," as shown on the map thereof file in Book 137 of Plats at Page 57, and as set forth in the "Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Turnberry Towers West Condominiums," recorded April 3, 2008 in Book 20080403 as Document No. 0002229, (the "Declaration") in the Office of the County Recorder of Clark County, Nevada.

Upon conviction, the Defendants will be ordered to forfeit to the United States the real property located at 222 Karen Avenue, #305, Winchester, Nevada, APN 162-10-114-331, in that said property was an interest acquired and maintained, and was property affording a source of influence over the enterprise, and was property constituting and derived from proceeds of the violation of Title 18, United States Code, Section 1962, thereby subjecting it to forfeiture to the United States pursuant to Title 18, United States Code, Section 1963.

The owners of record of the above-described property are Vincent Ramos and Shareljane Vicera.

BE ADVISED THAT upon the entry of an Order of Criminal Forfeiture in favor of the United States, all right, title and interest of any or all the above Defendants in said property shall vest in the United States back to the date of the commission of the acts giving rise to the forfeiture.

DATED: March 20, 2018.

        ADAM L. BRAVERMAN
        United States Attorney

        s/ Andrew P. Young

        ANDREW P. YOUNG
        Assistant United States Attorney
        Attorneys for Plaintiff
        United States of America

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, | Case No. 18cr1404-WQH |
| 4 | Plaintiff, | CERTIFICATE OF SERVICE |
| 5 | v. | |
| 6 | VINCENT RAMOS (1) et al., | |
| 7 | Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Andrew P. Young, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I hereby certify that I have caused to be sent the foregoing, by Federal Express, to the following non-ECF participants in this case:

> Vincent Ramos
> Shareljane Vicera
> 130-8191 Westminster Highway
> Richmond, BC V6X-1A7,

the last known address, at which place there is delivery service from Federal Express.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 20, 2018.

s/ Andrew P. Young
ANDREW P. YOUNG
Assistant United States Attorney