1  Michael Pancer
   State Bar No. 43602
2  105 West F Street, Fourth Floor
   San Diego, CA 92101
3  Telephone: (619) 236-1826
   Facsimile: (619) 233-3221
4  Email: mpancer@hotmail.com

5  Attorney for Defendant
   VINCENT RAMOS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARBARA LYNN MAJOR)

| UNITED STATES OF AMERICA, | Case No.: 18CR1404-WQH (BLM) |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION FOR BAIL** |
| v. | |
| VINCENT RAMOS, | DATE: April 3, 2018 |
| Defendant. | TIME: 9:30 a.m. |

**TO: ADAM BRAVERMAN, UNITED STATES ATTORNEY, BENJAMIN KATZ, SPECIAL ASSISTANT U.S. ATTORNEY, MARK PLETCHER, ASSISTANT U.S. ATTORNEY, and ANDREW YOUNG, ASSISTANT U.S. ATTORNEY.**

COMES NOW Defendant, Vincent Ramos, by and through his attorney, Michael Pancer, and respectfully requests that this Court set a reasonable bail.

This motion is based upon the points and authorities filed herewith, the Exhibits attached thereto, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of this motion.

Dated: April 2, 2018                        Respectfully submitted,

                                            /s Michael Pancer
                                            MICHAEL PANCER
                                            Attorney for VINCENT RAMOS