Shellaine L. Vicera
302 - 526 16th Avenue West
Vancouver, BC
(604) 762-6990
shellaine@gmail.com

15th March 2018

To Whom It May Concern,

My name is Shellaine Vicera and I am a Buyer at SNC-Lavalin Inc. for 11 years in Vancouver, BC Canada. Currently I am on maternity leave as I am a mother to a 2 year old daughter and a 2 month old son.

I have known Vincent Gabriel Ramos since 2007 as he is the husband to my sister Sharel Vicera. They have 3 children together, 2 daughters & one son - Sharyssa who is 9, Sharlem who is 8 and Sasha who is 5 years old. He also has an 18 year old son from a previous marriage.

Vince as we call him, is one of the most generous, helpful, kind spirited individual I have ever met in my life. I am so lucky to have a brother in law who is understanding and is always willing to give a helping hand. He is truly a family man, is loving, caring and is always supportive of his family and children in anything they wish to do whether it is in sports or hobbies. He also likes to think he's funny with his corny jokes.

He is a coach to the Richmond Raiders Boys Flag Football team of which his 8 year old son is a member of the team. Not only is he a role model to his children but also to his friends and colleagues. Vince is always thinking positive in life and loves to share his knowledge of becoming successful. One of his great characteristics is that he's always motivatng everyone. He has numerous great qualities in him and that is why he has many friends that know him as being trustworthy.

There are so many great memories my family and I have shared with Vince. From the time he proposed to my sister to many travels together around the world. I do look forward to making many more memories with him and his family.

Sincerely,

*Shellaine Vicera*

Shellaine Vicera

DEFENDANT'S EXHIBIT A

March 24th, 2018

Dear Mr Larry Myers,

I am writing in response to your request for a character reference for Vincent Ramos. My name is Dr. Chris Gordillo. I am a family physician and married father of four, living in Edmonton, Alberta, Canada. I am Vince's brother-in-law and have been married to his older sister, Cheryl, since 2004. I've known Vince since 2001.

I am part owner of a clinic, Grove Medical Centre, in the town of Spruce Grove, AB, along with two other partners. I graduated from medical school at the University of Manitoba in 2001, and completed my Family Medicine residency in Edmonton, AB in 2003. My practice includes over 2200 patients, along with occasional walk-in clinic shifts, nursing home visits and special interest in palliative care. I am a Bible-believing Christian and run a weekly Bible study, as well as coach my youngest son's youth soccer team.

I initially met Vince in June of 2001. His sister and I had met online, while I was still in Winnipeg, MB. I had made plans to visit her in Vancouver, and traditional Filipino custom is for family to go with the girl on her first date. I was very shy and quiet back then and was apprehensive about meeting Vince... meeting online wasn't really a thing at the time, so I could see how one would think, "Who is this guy?" and maybe have a bit of an attitude. I have to say though, Vince wasn't intimidating at all, and in fact very friendly and easygoing. We ended up eating at Red Robin, along with Vince's wife at the time, Michelle. They were very eager and excited to show me around Vancouver. I came to find out later that Vince had met her while living in the Philippines. They were together for 3 months until she discovered she was pregnant. I've heard of other people in similar circumstances just leaving, but the one thing I know about Vince is, is that he has a heart of gold, and he ended up marrying her and bringing her to Canada, along with their newborn son, Deion.

Speaking of Deion, he's about 18 now. Unfortunately, his mother had career aspirations and left Vince to raise Deion as a single parent. Despite this, Deion turned out to become an amazing kid... he loves God, loves his dad, and has forgiven his mom... it's so heartbreaking to see this happening to his dad, because of what Deion's already been through.

Vince actually has 3 other kids, aged 5-9, with his current wife Sharel. Our family goes to Vancouver at least twice a year to visit Cheryl's parents. Whenever I'm there, I see how much of a provider and workhorse Vince is, not only for his wife and kids, but also for his elderly parents, and Deion, who stays with them. Vince is often back and forth between houses, taking his kids to various events (he coaches his younger son's football team), making sure everyone's had something to eat, and generally doing what needs to be done. I like to think of myself as a nice guy, but I often hear from my wife "Oh Chris, Vince is so nice, even nicer than you!" Of course no one wants to hear that, but I actually can't say I disagree with her. Vince is just naturally very affectionate and generous. He is an integral cog to their family dynamic.

    A few other things I know about Vince. His friends and extended family all think very highly of him, as someone always willing to help. He is also a very hard worker. When I first met him, he was working for Rogers Corporate Sales during the day, while selling satellite dishes on his own at night. He was definitely built for sales. Vince is also very dependable. If he says he'll do something, he'll do it. A few years ago, our family was flying to Vancouver and Cheryl had asked to borrow his minivan while we were there. We get a text from Vince shortly after landing saying he rented a minivan for us from the airport. We were puzzled at first, but found out later their uncle was in an accident with the van shortly before we arrived. Their uncle was OK, Vince wasn't upset at all, and most importantly, he didn't let his sister and us down.

    In summary, I've known Vince for nearly 17 years. He's a kind-hearted, gentle, dependable and loving person. He loves his kids and family dearly. They love him as well. Thank you.

Sincerely,


Dr. Chris Gordillo
Grove Medical Centre
Spruce Grove, AB
T7X 4P9
(780) 908-0673
gordillo@shaw.ca

29-Mar-18

Patricia Mendoza
409 – 5885 Irmin Street
Vancouver BC,   V5J0C2

**Re: Character Reference for Vincent Ramos**

Your Honor,

I understand that Vincent Ramos is appearing before the Court in relation to a charge and I seek to provide a character reference on his behalf.

My name is Patricia Mendoza and I am 31 years of age.  I am currently employed with UNFI Canada/Pro Organics as a Sales and Marketing Representative.  Currently studying Real Estate.

I have known Vincent Ramos for a period of 10 years.  Throughout the years, he has been nothing but a great friend, role model and brother in law. He is an outstanding citizen, and I can only mention positive attributes about him, as that is what he is known for.  Not only to I, but also to his peers, family, and strangers whether they have known him for an x amount of years to days.  Just his presence alone, you instantly are around good and positive energy.  Vincent is a humble, kind soul and I can easily describe him as a super dad.  Vincent lives for his children and he proves it to them every day.  His four children adore him more than anything in this world and the bond between them is so strong.  By a way of example, he is a supportive role model to his 17-year-old son Deion, who is currently studying in college.  A fantastic and dedicated coach to his 8-year-old son Sharlem, and his Football team, a constant cheerleader to his almost 10-year-old daughter Sharyssa, who is enrolled in Jujitsu, and finally a loving and supportive father to his youngest daughter Sasha, who has just enrolled in Kindergarten.  It is quite painful to have to witness the separation between Vincent and his children, as their relationship is inseparable before this unfortunate incident had occurred.  On top of being super dad, Vincent is always working hard to care for his elderly parents, also to his elderly aunt and uncle who rely on his presence to keep them strong and happy.  Providing and giving back to his family for the love and support they've provided him while growing up as a child.  He is also a loyal and dedicated husband to my sister, and always strives to give his best to her.  Vincent also helped bring in my late grandma into his home during the last few years of her life, which was an extensive amount of care and attention.  She loved him dearly for all that he's done and we could not thank him enough for showing the love and care that was provided to her.  He also helps my mother who is turning 70 this year.  She is currently battling Epilepsy and he always makes it a point to ensure that she is eating well.  He has sacrificed many social events and gatherings just to attend to family.  Vincent is overall the perfect example of a loving son, brother, father, husband, uncle, friend and a godfather to many children including my son.  His nieces and nephews just love his energy. He is the type of person who is always sharing great advice to every person he comes across only to better them, including my husband and myself.  He has guided and helped me to study Real Estate and has helped my husband in many ways to become the person he is today.  We are very appreciative to call him our family.  You can be a homeless person or the richest person on Earth and he will treat you equally.  He does not judge any person and is truly one of the most humble beings I've come across in my life.  Consequently, he has great empathy for others.  As an animal lover, you witness the goodness in people's character when they are kind to

animals. When a person learns to respect even the smallest being of creation, nobody has to teach them to love his fellow person. Compassion for animals is intimately connected with goodness of character. Vincent is that person – goodness of character. He had adopted an abused dog, helped re-home a homeless dog that belonged to a friend that could no longer provide any care. And has always welcomed our family dog(s) into his home when needed and/or visiting, even with slight allergies to dander. Also, providing dog food all on his own will and ensuring their daily walks. Vincent is a completely harmless person with a genuine heart. He is a peaceful, non-violent gentleman and those who know Vincent have the utmost respect for him. Summarily, I cannot explain how much of good qualities Vincent has, and we are very blessed to have a soul like his on earth.

The nature of the offences is very surprising and shocking, as I have always known Vincent Ramos to be an intelligent, personable, hard-working and trustworthy individual. I have known him for many years and have met many friends and family who have known him for their entire lives, and the positive words for him have never changed.

I hope this letter will give you an idea of his good moral character and will help him get a second chance to prove this was an unusual occurrence, as well as his innocence.

I understand the reference will be used for the Court's purposes and I may be contacted at 1-778-239-7156 (personal phone) and/or 1-604-253-6549 (work phone) to verify its authenticity or clarify any of the contents within.

Thank you for your time in reading this letter.

Sincerely,

Patricia Mendoza

Personal Email: trish_mendoza@hotmail.com

March 22nd, 2018

To Whom it may concern,

My name is Ron Sombilon. I am a father of three and owner of Sombilon Studios, a Vancouver based photography firm. We have been in operating since 2008 and have worked with numerous businesses and charities across Canada.

I have known Vince for the past ten years. He has been happily married to my wife's sister Sharel.

The first time I met Vince, he openly welcomed me to the family. Over the years our friendship and bond grew. We often talk about our children and share fatherly advice.

Vince is a wonderful father who always shows love to his family and friends.

His children are a reflection of his character. They are loving, caring, smart, athletic and happy.

He is so proud of them and would encourage them to try new things and do their best. Not to strive for perfection, but to enjoy the moment and process of learning.

Vince makes it a priority to be directly involved in his children's lives.

Whether it's coaching his son Sharlem's football team, practicing jujitsu with Sharyssa or playing tea time with his baby princess Sasha.

In 2014, we lost our beloved Grandma Nanay at the age of 96. A key figure in our family who raised our wives and their four siblings. The last few months of her life were very difficult and of course physically hard on her.

I specifically remember the day Vince and I had to help transport Nanay from the car to the hospital bed. Any sort of movement caused her extreme pain. Vince patiently and carefully lifted her out of the car as he was extremely empathetic of her fragile state. All the time he would be gently encouraging her to stay strong and smile. Keeping her focused on him, not the pain. This is just one example of his good heart and genuine love for us.

I ask whatever outcome that is given to Vince that his children are considered. His loving presence in their lives is immeasurable.

Sincerely,

Ronald Sombilon
604 916 0257
Ron@sombilon.com

March 22, 2018
Law Offices of Michael M. Pancer
105 West F Street
San Diego, CA 92101
(619) 236-1826
MPancer@hotmail.com

Dear Mr. Pancer,

My name is Bienvenido Matute, Real Estate Advisor, of Vancouver, BC and I am writing as a friend of the family to share my personal admiration of the exemplary character of Vincent Ramos.

I have known Vincent Ramos and his family for my entire life. Vincent's father's brother married my father's second cousin and by Filipino cultural standards this would have us, from a very young age, referring to each other as cousins.

After returning to Vancouver from my studies abroad, we reconnected while I was working for the Royal Bank of Canada. This was about 20 years ago when he began his career in the mobile phone industry as a Corporate Sales Representative for Rogers Communications selling mobile phones and corporate phone packages. I supported Vincent by assisting in getting authorized areas for promotional flyers to be distributed in the 2 office buildings and cafeteria and getting him a sign-up table. His friendly, knowledgeable service and sincerely helpful, genuine approach quickly grew his business and he was well on his way to success. A loving father, husband, brother, and son, Vincent is well respected by many in the community and is the foundation of his family. He volunteers his time coaching elementary school sports and is a role model parent. We would see each other regularly at all the children's birthday parties and family occasions. He was frequently the designated driver. He supported me when I started my Real Estate career. He is a trusted advisor and a dear friend and if anything can be further elaborated on, please contact me anytime.

Sincerely,

Bienvenido Matute

4-1777 W7th Ave Vancouver, BC CANADA V6J0E5    604.603.2700    bienmatute.com

April 20, 2018

To Whom it May Concern,

Re: Vincent Ramos

My name is Roy Kanda, I am a teacher in the Richmond School District and the Owner/Director of 5C Learning Inc.

I have known Vincent Ramos for over 20 years. We have grown up together as young men obsessed with basketball and cruising in our cars to fathers obsessed with their families. Vince and I take pride in our children and caring for them in every way we can. He is a kind, generous and caring man.

Vince is an outstanding father and husband. When we see each other, basketball conversations are second to what his children have been up to and questions about their education. He always has a great story to share and we laugh over how fatherhood has made us "real" men, men who are proud to wear pink Hello Kitty backpacks while we make bracelets with our daughters.

Vince's main priority in life is ensuring that he is the best dad he can be. We discuss raising children with solids values and an industrious work ethic. He tells me often that fatherhood is his biggest blessing and that his kids are his greatest joy.

Vince's children are very lucky to have him as a dad. He loves them unconditionally and provides them a loving and nurturing household in which they can be the best versions of themselves. His serene demeanour and infectious laugh make him a pleasure to be around.

Vincent Ramos is an excellent friend and even better father and husband. I've been proud to call him my friend for over two decades. He is a man who you can talk to about anything without judgement. Vince is a supportive friend who cares about your well being; many times he has put things in perspective for me. Vince always reminds me that family is paramount and that everything else comes second. He truly is an outstanding individual.

Warmest regards,

Roy Kanda
5C Learning Inc
Richmond School District Teacher

March 28th, 2018

RE: VINCENT GABRIEL RAMOS

My name is Alykhan Allibhai. I was born on July 19th, 1976 in Richmond BC, Canada. I am a Canadian citizen but I have been living in Kampala, Uganda for the since 2002. I own an events, entertainment and media company called Talent Africa.

I have known Vincent Ramos since I was ten years old as we both grew up in Richmond together. He has been one of my best friends for the last 30 years and we have remained in touch even though I moved away from Canada to Africa. Last year he attended my wedding in Kampala. He is very caring as a husband to his wife and father to his four children. He has been supporting and looking after his parents for the last 10 years.

I have always known Vincent Gabriel Ramos as a hard working, intelligent, honest family man.

Sincerely,

Alykhan Allibhai

3/18/18

My name is Omar Janmohamed. I was born May 5, 1976 in Vancouver, BC, Canada, I am 41 years old. My wife and I own a uniform clothing company that primarily sell to the restaurant and hospitality industry across North America. The company is called North Trek Uniform Group based out of Richmond, BC, Canada.

My wife Denielle are involved in various local charities such as: Cops for Cancer, our local SPCA as well as fund raising for several local schools in our area.

Vincent and I are close childhood friends as we grew up together and have known each other for 30 years. Now that we are both father's, our families socialize together and our children enjoy playing together.

Vincent's mother was a nurse and his father was a janitor. Both of them, throughout their lives have worked very hard to raise both Vincent, his older sister Sheryl. Vincent developed his extremely strong and disciplined work ethic from his parents at very early age. Vincent is a devoted husband and father of 4 children. I have always admired his honesty and strong family values.

# Ash Katey Ltd.

Pragmatic Solutions for Business and Tax Problems

288 West 8th Avenue
Vancouver, BC   V5Y 1N5
Email   akl@ashkatey.ca
Phone  (604) 331-1553
Fax     (604) 874-3131

2018-03-15

TO WHOM IT MAY CONCERN
Re Vincent Ramos

I am an accountant in practice and tax consultant in Vancouver for over 40 years.

I have been preparing personal tax returns of Vincent Ramos for over 10 years and giving tax advice to him and his corporation, Phantom Secure Communications Inc. from the time the corporation was incorporated.

I found him to be ernest, well mannered young businessman, prepared to work hard to make his business grow and willing to learn new things involved in the growth of his busienss.

He did not want to take any shortcuts to gain any extra advantage out of a tax situation.

He was always prepared to listen to me about good and bad implications of tax planning and made conservative business choices.

I would love to keep him as a client for many years to come.

Please contact me if there are any questions or concerns.

*[signature]*

Ash Katey, B Com, LL B.
President,
Ash Katey Ltd

To whom it may concern,

My name is Anna Bamba and I am a married mother of two. I have been working for Rennie Marketing Systems for almost 9 years. I started out as a receptionist but now work as a Conveyance Coordinator. I am an active member of St. Bernadette Catholic Church in which I attend mass every Sunday.

I met Vincent Ramos about 10 years ago through a friend. Ever since then we have been good friends. Vincent has always been one of the friendliest, most humble, genuine and kind person I have ever met. He is always willing to help anyone in need and would never ask for anything in return. Through the years my family and his have gotten close. When I had my 1st child, my husband and I asked him to be one of his Godfathers. We have attended countless birthdays, special occasions, weddings and holidays together. In the last few years, my family would spend Christmas eve with his family and all our friends. In all those years I have known him he has always stayed the same good person that he has always been since the first day I met him.

Vincent is a loving, devoted husband, an amazing father to his three children and a reliable friend. He never fails to attend all of his children's extra curricular activities and even coaches his son's football team. One of the qualities that I admire about Vincent the most is his love for his family. I have seen how hard he works to make sure he can give his children a bright future.

I can confirm that in the time I have known him, Vincent Ramos has been a reliable trustworthy and decent person. He is and always will be an asset to the community and to all his family and friends who love and care about him.

Sincerely,

Anna Bamba
604-728-2835

From: **JBC** Jinc@protonmail.com
Subject: **Vince personality letter**
Date: **Mar 17, 2018 at 6:30:49 PM**
To: **baseball32@telus.net**

Hi Larry,

Here is a short letter to support Vince's personality:

Hi,

My name is Jeremy Wong and I am the co-owner and founder of All Things Cheer & Dance, a company that produces competitions, provides choreography and skill training for the cheerleading and dance industry.

I met Vince about 3 years ago through mutual friends and had a chance to briefly meet his wife and kids over the time I've known him.

From the encounters I've had with Vince, I can say he is a very genuine person who is ambitious and very caring. He consistently does things for his family, wife, and kids and is very passionate about them and their well-being. As a friend, he had also been very caring and supportive of my life and business.

From my experience, Vince is a loyal person that treated others' well-being as a priority. His family is fortunate to have and father and husband that puts their well-being as a priority.

Sent from ProtonMail Mobile

March 21, 2018

RE: Vincent Ramos

To Whom It May Concern,

I am an employer in the United States who is current with all tax payments due, values work ethic and production rather than favoritism, contributes to charities and am willing to help the country and its people as much as I can.

I am writing this letter to support the efforts of Vincent Ramos returning to his family as soon as possible. Vincent has 4 children, a wife and other family that he loves and supports.

Vincent always has struck me as someone you could count on; someone who would be more than willing to lend a hand or help someone in need. When we had plans he was always there and showed up on time.

Over the years when I spent a lot of time with Vincent he was always one of the most positive and respectful people around. You could tell he cared about people, doing well in life and contributing to the world in hopes of making it a better place.

Kevin Thexton