Case No. 18 CR 1404-WQH (BLM)
Michael Pancer, Esq.
105 W. "F" St., 4th Floor
San Diego, CA  92101
Phone:       619-236-1826
Fax:          619-233-3221
Email:       mpancer@hotmail.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California.  I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 105 W. "F" St., 4th Fl., San Diego, California 92101.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

On April 2, 2018, I served the foregoing document described as "VINCENT RAMOS' MOTION FOR BAIL" in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following:

U S Attorney CR        Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 2, 2018, at San Diego, California.

Candy Ruthven

Candy Ruthven