1 ADAM L. BRAVERMAN
United States Attorney
2 ANDREW P. YOUNG
Assistant United States Attorney
3 Illinois Bar No: 6284303
United States Attorney's Office
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 546-7981
Email: andrew.p.young2@usdoj.gov
6
Attorneys for Plaintiff
7 United States of America

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, | Case No. 18cr1404-WQH |
| 11 Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| 12 v. | |
| 13 VINCENT RAMOS (1), aka "CEO," aka "Business," KIM AUGUSTUS RODD (2), aka Visith Vongthai, aka "Snowstar," aka "Global," YOUNES NASRI (3), aka "Maestro," MICHAEL GAMBOA (4), aka "Chino," CHRISTOPHER POQUIZ (5), aka "Caddy," aka "Cad," | |
| 20 Defendants. | |

23  Plaintiff, the United States of America, by and through its counsel, Adam L.
24 Braverman, United States Attorney, and Andrew P. Young, Assistant United States
25 Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.
26  Through the violations of Title 18, United States Code, Section 1962, as
27 alleged in Count 1 of the Indictment, which are punishable by imprisonment of more
28 //

than one year, the United States seeks forfeiture in the Forfeiture Allegation of the following additional property pursuant to Title 18, United States Code, Section 1963:

    a)    $86,450.00 in U.S. Currency;

    b)    Two (2) 100 TROZ fine silver bricks bearing S/N P465467 and P465471; and

    c)    Four (4) Canadian "50 dollar" coins and Four (4) Mexican "50 Pesos" coins.

DATED: April 18, 2018.

    ADAM L. BRAVERMAN
    United States Attorney

    s/ Andrew P. Young
    ANDREW P. YOUNG
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VINCENT RAMOS (1) et al.,<br>Defendants. | Case No.  18cr1404-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Andrew P. Young, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of the BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2018

                                                s/  Andrew P. Young
                                                ANDREW P. YOUNG
                                                Assistant United States Attorney