ADAM L. BRAVERMAN
United States Attorney
ANDREW P. YOUNG
Assistant United States Attorney
Illinois Bar No: 6284303
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7981
Email: andrew.p.young2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1404-WQH |
|---|---|
| Plaintiff, | SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| VINCENT RAMOS (1), <br>    aka "CEO," <br>    aka "Business," <br> KIM AUGUSTUS RODD (2), <br>    aka Visith Vongthai, <br>    aka "Snowstar," <br>    aka "Global," <br> YOUNES NASRI (3), <br>    aka "Maestro," <br> MICHAEL GAMBOA (4), <br>    aka "Chino," <br> CHRISTOPHER POQUIZ (5), <br>    aka "Caddy," <br>    aka "Cad," | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Andrew P. Young, Assistant United States Attorney, hereby files its Second Bill of Particulars for Forfeiture of Property.

Through the violations of Title 18, United States Code, Section 1962, as alleged in Count 1 of the Indictment, which are punishable by imprisonment of more

//

than one year, the United States seeks forfeiture in the Forfeiture Allegation of the additional properties listed in the attached Exhibit 1 pursuant to Title 18, United States Code, Section 1963.

DATED: May 1, 2018.

        ADAM L. BRAVERMAN
        United States Attorney

        s/ Andrew P. Young
        ANDREW P. YOUNG
        Assistant United States Attorney
        Attorneys for Plaintiff
        United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18cr1404-WQH |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| VINCENT RAMOS (1) et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Andrew P. Young, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of the BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2018,

s/ Andrew P. Young<br>
ANDREW P. YOUNG<br>
Assistant United States Attorney