# EXHIBIT 1
# to Second Bill of Particulars for Forfeiture of Property
# Case No.  18cr1404-WQH

All Money and funds on deposit in the following bank accounts:

| Bank | Account Number | Account Name | Signatory |
| --- | --- | --- | --- |
| Canadian Imperial Bank of Commerce | 1500-0248312 or 0248312 | Phantom Secure Communications | Vincent Ramos |
| Canadian Imperial Bank of Commerce | 01500-00247812 or 247812 | Venon Holdings Inc. | Vincent Ramos |
| Canadian Imperial Bank of Commerce | 01500-1085212 or 015001085212010 | Venon Holdings Inc. | Vincent Ramos |
| Canadian Imperial Bank of Commerce | 01500-1086812 | Venon Holdings Inc. | Vincent Ramos |
| Coast Capital Savings Credit Union | 19100-100611719764 | Venon Holdings Inc. | Vincent Ramos |
| Coast Capital Savings Credit Union | 19100-5777995 | Venon Holdings Inc. | Vincent Ramos |
| Coast Capital Savings Credit Union | 19140-5966744 | Shareljane Lotus Vicera, spouse of Vincent Ramos | Vincent Ramos |
| Coast Capital Savings Credit Union | 100612941409 | Vincent Ramos & Shareljane Lotus Vicera | Vincent Ramos |
| Coast Capital Savings Credit Union | 100612941417 | Vincent Ramos & Shareljane Lotus Vicera | Vincent Ramos |
| Coast Capital Savings Credit Union | 100617713324 | Vincent Ramos & Shareljane Lotus Vicera | Vincent Ramos |
| HSBC Bank Canada | 10120-259524-150 | Vincent Ramos | Vincent Ramos |
| HSBC Bank Canada | 10120-259524-203 | Vincent Ramos | Vincent Ramos |
| HSBC Bank Canada | 10120-259524-210 | Vincent Ramos | Vincent Ramos |
| HSBC Bank Canada | 10120-259524-236 | Vincent Ramos | Vincent Ramos |

| Bank of Montreal | 07820-1078640 | Phantom Secure Communications, Inc. | Vincent Ramos |
| --- | --- | --- | --- |
| Toronto-Dominion Bank | 7304819 | Secure Enterprises, Inc. | Unknown |
| Toronto-Dominion Bank | 4028105211384 | Phantom Secure Communications, Inc. | Fermin Lopez Ramos (Father) |
| Bank of Nova Scotia aka Scotiabank | 51920-0205788 | Vincent Gabriel Ramos | Vincent Ramos |
| Royal Bank of Canada aka RBC | 04800-1015627 | Phantom Secure Communications, Inc. | Vincent Ramos |
| Royal Bank of Canada aka RBC | 04800-09335199995 | Phantom Secure Communications, Inc. | Vincent Ramos |
| Royal Bank of Canada aka RBC | 04800-10243199996 | Phantom Secure Communications, Inc. | Vincent Ramos |
| Royal Bank of Canada aka RBC | 04800-10116199997 | Phantom Secure Communications, Inc. | Vincent Ramos |
| Royal Bank of Canada aka RBC | 1260686 | VMD Ventures, Ltd, | Vincent Ramos |
| Coast Capital Savings Credit Union | All accounts associated with Membership Number 5777995, including but not limited to, Account Numbers 100611719764 and 110008112906 | Vincent Ramos and Shareljane Ramos | Vincent Ramos |
| Coast Capital Savings Credit Union | All accounts associated with Membership Number 5996744, including but not limited to, Account Number 100612941409 and 100612941417 | Vincent Ramos and Shareljane Ramos | Vincent Ramos and Shareljane Ramos |
| Bank of Montreal | 07820-1973688 | VMD Ventures Ltd. | Vincent Ramos |
| Toronto-Dominion Bank | Account number 5295240, including Subsidiaries and all other accounts including commercial deposit account(s), investment and trading account(s) registered to 1125580 BC LTD. | 1125580 BC LTD (Registered Director or Vincent RAMOS | Vincent Ramos |
| Toronto-Dominion Bank | Account number 6464575 | Shareljane Lotus VICERA | Shareljane Lotus VICERA or Shareljane RAMOS. |

| Coast Capital Savings Credit Union | All accounts held by Vincent Ramos or Shareljane Ramos | Vincent Ramos or Shareljane Ramos | Vincent Ramos or Shareljane Ramos |
|---|---|---|---|
| Allied Irish Banks Plc | IE39AIBK93006726793263 | Vincent Ramos | Vincent Ramos |
| Allied Irish Banks Plc | IE49AIBK93338488125032 | Phantom Secure Technology | Vincent Ramos |
| DBS Bank Ltd | 48007525017 | Cipher Firma PTE Ltd. | Vincent Ramos |

$223.77 in U.S. Currency seized from Vincent Ramos during his arrest on 03/07/2018.

Real Property located at 2680 Smith Street, Richmond, British Columbia,
Registered Owner: 1046597 B.C. LTD., more particularly described as:
Parcel Identifier: 012-241-806
LOT 8 BLOCK 44 SECTIONS 21 AND 22 BLOCK 5 NORTH RANGE 6 WEST
NEW WESTMINSTER DISTRICT PLAN 1555

Real property located at 2700 Smith Street, Richmond, British Columbia,
Registered Owner: 1046597 B.C. LTD., more particularly described as:
Parcel Identifier: 012-241-792
LOT 7 BLOCK 44 SECTIONS 21 AND 22 BLOCK 5 NORTH RANGE 6 WEST
NEW WESTMINSTER DISTRICT PLAN 1555