AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MAY 25 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

Vincent Ramos aka CEO aka Business (1)

**WARRANT FOR ARREST**

Case Number: 18cr1404-WQH

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Vincent Ramos aka CEO aka Business
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
18:1962(d) – Racketeering Conspiracy to Conduct Enterprise Affairs (RICO Conspiracy)
21:841(a)(1), 846 – Conspiracy to Aid and Abet the Distribution of Cocaine
18:981(a)(1)(C), 1963, 28:2461(c) – Criminal Forfeiture

In violation of Title   See above   United States Code, Section(s) _____

John Morrill                                  Clerk of the Court
Name of Issuing Officer                       Title of Issuing Officer

s/ J. Simmons                                 3/15/2018, San Diego, California
Signature of Deputy                           Date and Location

Bail fixed at $    No Bail    by    The Honorable Bernard G. Skomal
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |