ROBERT S. BREWER, Jr.
United States Attorney
ANDREW P. YOUNG
Illinois Bar No.: 6284303
BENJAMIN J. KATZ
California Bar No.: 272219
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7981
Email: Andrew.p.young2@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.: 18-CR-1404-WQH |
|---|---|
| Plaintiff, | Date:        May 28, 2019 |
| v. | Time:        9:00 a.m. |
| VINCENT RAMOS | **MOTION TO SHORTEN TIME TO FILE SENTENCING PAPERS** |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

The Government respectfully requests an order shortening time to file its Sentencing Summary Chart, Sentencing Memorandum and other sentencing papers. Beginning on Friday, May 17 through yesterday, May 21, 2019, unforeseen family obligations hampered the undersigned's ability to finalize and file its sentencing papers on May 21, 2019, the due day. The undersigned apologizes for any inconvenience.


DATED: May 22, 2019

Respectfully submitted,

ROBERT S. BREWER, Jr.
United States Attorney

s/ *Andrew P. Young*
Andrew P. Young