1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No.  18cr1404-WQH |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| VINCENT RAMOS,<br>  aka "CEO,"<br>  aka "Business," | |
| Defendant. | |

17          On April 24, 2019, this Court entered its Preliminary Order of Criminal

18   Forfeiture, which condemned and forfeited to the United States all right, title and

19   interest of VINCENT RAMOS ("Defendant") in the assets listed in Exhibits A and B

20   to the Motion ("the assets"), as well as the amount of **$80,000,000** as proceeds

21   Defendant received from the offense.

22          For thirty (30) consecutive days ending on May 30, 2019, the United States

23   published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order

24   and the United States' intent to dispose of the assets in such manner as the Attorney

25   General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the

26   Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

27   and further notifying all third parties of their right to petition the Court within thirty

28   //

(30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the assets.

On May 14, 2019, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| Shareljane Ramos<br>aka Shareljane Vicera<br>130-8191 Westminster Hwy<br>Richmond, BC V6X-1A7 | 775218921497 | Not delivered; marked "incorrect address; recipient moved." |
| William P. Willington<br>2208-1108 Pendrall Street<br>Vancouver, BC V6E 1L4 | 775218951835 | Delivered on 5/17/19 |
| Ronald Gabriel<br>501 S. Manhattan Pl., Apt. 304<br>Los Angeles, CA 90020 | 775218982878 | Delivered on 5/16/19 |

On May 28, 2019, Notice of Order of Forfeiture was personally served on Shareljane Ramos, aka Shareljane Vicera, by Special Agent Nicholas I. Cheviron, Federal Bureau of Investigation, at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

On June 17, 2019, Ronald Gabriel filed a timely Petition for Hearing and Determination that Petitioner's Interest in Property Should Not Be Forfeited, Pursuant to 21 U.S.C. § 853(n) (document 77). The Petitioner claimed an interest in $42,990.56 of the $106,857.57 seized from JP Morgan Chase Bank account number 871310389 and forfeited by Defendant Ramos in the Preliminary Order of Criminal Forfeiture that was entered on April 24, 2019 (document 56). Pursuant to a joint motion of the parties filed on July 15, 2019 (document 78), the Court ordered that Ronald Gabriel's Third Party Petition would be granted in part and denied in part (document 79). $31,438.76 was ordered paid to Petitioner and processed through the Treasury Offset Program. The balance of the forfeited funds, $75,418.81, was ordered forfeited in its entirety to the United States.

//

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party except Ronald Gabriel has filed a petition claiming any interest in the forfeited assets described in Exhibits A and B to the Motion.

The United States has indicated it will not pursue forfeiture of the domain names after the term of the current registration period.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward and file a petition for relief from forfeiture as provided by law, all right, title and interest of VINCENT RAMOS and any and all third parties in all assets listed in Exhibit A (except the interest of Ronald Gabriel in $31,438.76, dealt with by prior order of the Court), and except the interest of all the registrars of the domain names listed in Exhibit B, are hereby condemned, forfeited and vested in the United States of America.

IT IS FURTHER ORDERED that any and all interests of the following persons are specifically terminated and forfeited to the United States of America as to the above-referenced assets: Shareljane Ramos, aka Shareljane Vicera; William P. Willington; and Ronald Gabriel (except as provided by earlier order.)

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the assets be the first charge against the forfeited assets.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited assets in Exhibit A according to law.

//

//

//

//

1    IT IS FURTHER ORDERED THAT the forfeiture order of proceeds imposed

2 upon the Defendant in the amount of **$80,000,000**, included in the Preliminary Order

3 of Criminal Forfeiture that was entered on April 24, 2019, is hereby affirmed.

4

5 Dated:  August 12, 2019

6                                          Hon. William Q. Hayes

7                                          United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28